UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *et al.*,<br><br>　　　　　　Plaintiffs,,<br>　v.<br>RONALD WALTER STUWARD,<br>　　　　　　Defendant.<br>_____/ | No. C 11-05676 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 23, 2012, Plaintiffs filed a motion for administrative relief, asking the court to (1) continue the case management conference scheduled for April 5, 2012 and (2) grant Plaintiffs permission to serve Defendant Ronald Walter Stuward by publication. ECF No. 7 at 1. The court **CONTINUES** the case management conference to June 21, 2012. However, the court asks Plaintiffs' counsel, Phil A. Thomas, to be available on April 5, 2012 at 10:30 a.m. for a brief telephonic discussion of Plaintiffs' request for permission to serve Defendant by publication. The court will initiate the call using the number listed on ECF for Plaintiffs' counsel: (415) 771-6400. If Plaintiffs' counsel prefers for the court to use a different telephone number, he may contact courtroom deputy Lashanda Scott at 415-522-3140.

**IT IS SO ORDERED.**

Dated: March 29, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-05676 LB
ORDER