UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>RONALD WALTER STUWARD d/b/a DIGITAL ELECTRIC ENTERPRISES; and DOES ONE through TEN, inclusive,<br><br>　　　　　　Defendants.<br>_____/ | No. C 11-05676 LB<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND GRANTING LEAVE TO FILE A REQUEST FOR RECONSIDERATION |

Defendant in this action has not yet been served. Accordingly, the court **VACATES** the Case Management Conference scheduled for November 8, 2012 at 10:30 a.m. Plaintiffs' Case Management Statement requests that the court reconsider its July 30, 2012 order denying Plaintiffs' motion to serve Defendant by publication. *See* ECF No. 17 at 6.[1] The court construes Plaintiffs' statement as a request for leave to file a motion for reconsideration under Local Civil Rule 7-9(a). The court **GRANTS** Plaintiffs' request and directs Plaintiffs to file their motion for reconsideration within the next 28 days.

**IT IS SO ORDERED.**

Dated: November 7, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 11-05676 LB (ORDER)