UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>RONALD WALTER STUWARD,<br><br>        Defendant.<br>_____/ | No. C 11-05676 LB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed this action against Defendant Ronald Walter Stuward, doing business as Digital Electric Enterprises, on November 23, 2011. *See* Complaint, ECF No. 1.[1] After Plaintiffs repeatedly trying to serve Stuward without success, the court granted Plaintiffs' motion for permission to serve Stuward by publication. *See* ECF Nos. 7-11, 14-15, 19-20. Plaintiffs filed certificates of service on April 24 and May 6, 2013. ECF Nos. 22-23. On August 26, 2013, Plaintiffs moved for entry of default. ECF No. 24. The Clerk entered default on August 29, 2013. ECF No. 25. Then on September 3, 2013, Plaintiffs voluntarily dismissed their claims against the unnamed Doe defendants. ECF No. 26. The case has since come to a standstill.

Accordingly, the court **ORDERS** Plaintiffs to show cause why this action should not be

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically generated page numbers at the top of the document.

C 11-05676 LB
ORDER

dismissed for failure to prosecute. **Plaintiffs must file a written response no later than Thursday December 19, 2013 at 5:00 p.m.** The court sets a show cause hearing for **Thursday, January 9, 2014** at **11:00 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
LAUREL BEELER
United States Magistrate Judge