UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *et al.*,<br><br>            Plaintiffs,<br>      v.<br><br>RONALD WALTER STUWARD,<br><br>            Defendant.<br>_____/ | No. C 11-05676 LB<br><br>**ORDER VACATING SHOW CAUSE HEARING AND SETTING CASE MANAGEMENT CONFERENCE** |

On December 18, 2013, the court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. *See* ECF No. 27. The order required Plaintiffs to file a written response no later than December 19, 2013 at 5:00 p.m. and set a show cause hearing for Thursday, January 9, 2014. Plaintiffs responded by the deadline. ECF No. 28. They explain that they plan to file a motion for default judgment by January 9, 2014. *Id.* Plaintiffs' response is sufficient to discharge the show cause order. Plaintiffs need not file their motion by January 9, but should file it by the end of January. Accordingly, the court VACATES the show cause hearing preciously scheduled for January 9, 2014 and SETS a case management conference for March 6, 2014 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

C 11-05676 LB
ORDER

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California